COURT EXHIBIT

4  5/15/17

In-15-5737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HUI LAN WENG,

                                        Plaintiff,                    **VERDICT SHEET**

                -against-                                    15-CV-5737 (ADS)

FANCY LEE SUSHI BAR AND GRILL, INC.
and WINNIE LI, Individually,                           F I L E D
                                                        IN CLERK'S OFFICE
                                        Defendants.    U.S. DISTRICT COURT E.D.N.Y.

-------------------------------------------------------------x    ★  MAY 15 2017  ★

**SPATT, District Judge**                                LONG ISLAND OFFICE

According to the principles of law as charged by the Court and the facts as you find them,

please answer the following questions:

### AS TO THE ALLEGED PREGNANCY
### DISCRIMINATION CAUSE OF ACTION

1.      Based on all of the evidence presented, did the plaintiff Hui Lan Weng prove that her

pregnancy was a motivating factor for the decision by the defendant Fancy Lee Sushi Bar and Grill,

Inc. to terminate her employment as a waitress/bartender?

                YES  ✓                    NO _____

If your answer to question 1 is "NO," you have found a verdict in favor of both defendants

on all causes of action.  In that event, the foreperson should sign and date the verdict sheet and

advise the Court by note that you have reached a verdict and are ready to return to the courtroom to

announce your verdict.

If your answer to question 1 is "YES," you have found a verdict in favor of the plaintiff Hui Lan Weng and against the defendant Fancy Lee Sushi Bar and Grill, Inc., in the pregnancy discrimination cause of action. In that event, please proceed to question 2.

2.    Did the plaintiff Hui Lan Weng prove that defendant Winnie Li actually participated in the conduct giving rise to the pregnancy discrimination against the plaintiff with regard to her termination?

YES __✓__          NO _____

If your answer to question 2 is "NO," you have found a verdict in favor of the defendant Winnie Li in the pregnancy discrimination cause of action. Please proceed to the Instructions following this question.

If your answer to question 2 is "YES," you have found a verdict in favor of the plaintiff Hui Lan Weng against the defendant Winnie Li in the plaintiff's pregnancy discrimination cause of action. Please proceed to the Instructions following this question.

## INSTRUCTIONS

If you have found a verdict against either or both defendants on the plaintiff's causes of action, please answer only the appropriate damages questions that follow.

## As to Emotional Distress Damages

3.    What amount of damages, if any, do you award the plaintiff Hui Lan Weng for her emotional distress to the present date?                                                    $ __0.00__

2

## As to Back Pay Damages

4.      What amount of damages, if any, do you award the plaintiff Hui Lan Weng for her loss of

back pay to the present date?                                          $ _26,000.00_


## As to Punitive Damages

Please answer the applicable question <u>only</u> with regard to the defendant or defendants you

have found to be liable on the prior cause of action.

5.   Do you award punitive damages to the plaintiff Hui Lan Weng against the defendant Fancy Lee

Sushi Bar and Grill Inc.?

                    YES _____           NO ___✓___

If your answer to question 5 is "NO," do not answer question 6.  In that event, please proceed

to question 7.


If your answer to question 5 is "YES," please answer question 6.


6.      We award punitive damages to the plaintiff Hui Lan Weng against the defendant Fancy Lee

Sushi Bar and Grill, Inc., in the sum of                          $ _0.00_____

7.   Do you award punitive damages to the plaintiff Hui Lan Weng against the defendant Winnie Li?

YES _____          NO ✓_____

If your answer to question 7 is "NO," do not answer question 8.  In that event, foreperson please sign and date the Verdict Sheet, and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

If your answer to question 7 is "YES," please answer question 8.

8.   We award punitive damages to the plaintiff Hui Lan Weng against the defendant Winnie Li in the sum of                                           $ _0.00____

Foreperson, please sign and date the Verdict Sheet, and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

DATED:      Central Islip, New York
            May _15_ , 2017

_____
FOREPERSON

4