**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X   Case No.: 15-CV-5737 (ADS)(ARL)
HUI LAN WENG,

                     Plaintiff,   **NOTICE OF MOTION**
                                                                       **FOR PLAINTIFF'S**
   - against -   **ATTORNEYS' FEES & COSTS**

FANCY LEE SUSHI BAR AND GRILL, INC. and
WINNIE LI, *Individually*
                       Defendants.
---------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the accompanying Declaration of Counsel, attached exhibits, Memorandum of Law submitted in support thereof, and the prior pleadings, proceedings and papers herein, the undersigned moves the U.S. District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722 for an order awarding attorneys' fees and costs to the Plaintiff pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, as well as pursuant to the Civil Practice Law and Rules for the State of New York, sections 5002, 8101, 8102, and 8301, as well as interest from the date of the verdict pursuant to CPLR 5002; and an appropriate award of prejudgment interest.

Dated: New York, New York
       July 21, 2017

                                                          Respectfully submitted,

                                                          **PHILLIPS & ASSOCIATES,**
                                                          **Attorneys At Law, PLLC**

                                                           /s/
                                                          Jessenia Maldonado,
                                                          *Attorneys for Plaintiff*
                                                         45 Broadway, Suite 620
                                                         New York, NY 10006
                                                         (212) 248-7431
                                                         jmaldonado@tpglaws.com

To:    William D. Wexler, Esq. (*Via ECF)*
        *Attorneys for Defendants*
        816 Deer Park Avenue
        North Babylon, NY 11703
        (631) 422-2900