
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 14, 2017

**Via ECF**
Hon. Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: **Weng v. Fancy Lee Sushi Bar and Grill Inc.**, *et ano*.
      **15-CV-5737 (ADS)(ARL)**

Dear Judge Lindsay:

  Our office represents the Plaintiff, Hui Lan Weng, in the above-referenced matter. We write now in response to Defendants' letter requesting for an extension of time for Defendants to submit their opposition to Plaintiff's motion for attorney fees and costs.

  By way of background, on June 29, 2017, the undersigned contacted Defendants' counsel to seek consent on a briefing schedule for Plaintiff's motion for attorney fees and costs. On July 5, 2017, Mr. Wexler responded and indicated that the briefing schedule was agreeable and did not mention any conflict with regards to vacation. As such, on July 5, 2017, Plaintiff filed a letter with the Court requesting that the parties' agreed upon briefing schedule be so ordered. (Document No. 33). On July 6, 2017, the Court so ordered the briefing schedule. (Document No. 34).

  Our office was first contacted by Defendant counsel's office on Thursday, August 10, 2017, the eve before Defendants' opposition was due to be filed. At that time, the undersigned advised that she would need to consult her calendar to see if the new dates proposed by Defendants worked. Upon review of my calendar the dates offered by Defendants did not work due to various work commitments. On Friday, August 11, 2017, the undersigned advised Defendant counsel's office that I required a meet and confer to discuss Defendants' request for an extension. However, I was advised that Mr. Wexler was on vacation and was unable to meet and confer. Unfortunately, due to Defendants' last-minute request, we are now forced to meet and confer through the Court's intervention.

  Plaintiff proposes the following briefing schedule:
- Defendants' opposition due Friday, August 18, 2017
- Plaintiff's reply due Friday, September 1, 2017

  We thank the Court for its time and consideration.

Respectfully Submitted,

      /s/
Jessenia Maldonado, Esq.

cc: William D. Wexler, Esq. (*via* ECF)