**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
HUI LAN WENG,

      Plaintiff,

   - against -

               **JUDGMENT**
               CV 15-5737 (ADS)(ARL)

FANCY LEE SUSHI BAR AND GRILL, INC.,
and WINNIE LI, Individually,

        Defendants.
---------------------------------------------------------X

   An Electronic Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 18, 2017; adopting the November 3, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Arlene R. Lindsay; granting the Plaintiff's motion for attorneys' fees; directing the Clerk of the Court to enter judgment for the Plaintiff in the amount of $77,054.64, comprising of $26,00 in damages, $43,332.80 in attorney's fees, and $7,721.82 in costs; further directing the Clerk of the Court to close the case, it is

   **ORDERED AND ADJUDGED** that the Plaintiff's motion for attorneys' fees is granted; that the Plaintiff Hui Lan Weng is awarded $77,054.64 as against the Defendants Fancy Lee Sushi Bar and Grill, and Winnie Li; and that this case is closed.

Dated: Central Islip, New York
    November 20, 2017

             DOUGLAS C. PALMER
             CLERK OF THE COURT

         By:  /s/James J. Toritto
             Deputy Clerk